# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE SYNGENTA AG MIR162 CORN LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The Delong Co., Inc. v. Syngenta AG, et al.,* No. 2:17-cv-02614-JWL-JPO | Master File No. 2:14-MD-02591-JWL-JPO<br><br>MDL No. 2591 |

## AMENDED SCHEDULING ORDER

Pending before the court is the parties' consent motion to extend certain pre-trial scheduling deadlines, in which plaintiff The DeLong Co., Inc. ("DeLong"), with consent of defendants Syngenta AG, Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, LLC (together, "Syngenta"), request a two-week extension to the pre-trial scheduling deadlines for fact discovery, all deadlines related to experts and *Daubert* motions, and dispositive motion briefing.

The undersigned U.S. Magistrate Judge, James P. O'Hara, finds good cause to enter the amended schedule proposed by the parties. It is therefore ordered that the motion is **GRANTED**. The court therefore enters the following amended scheduling order, amending certain dates set forth in the parties' original scheduling order (ECF No. 11). Amendments are noted in **bold**, all other deadlines remain unchanged:

| SUMMARY OF DEADLINES AND SETTINGS | |
|---|---|
| | DEADLINE/SETTING |
| Initial Disclosures By Plaintiff and Supplemental Disclosures by Defendants | 21 Days after entry of this Scheduling Order |
| Deadline to Respond to Complaint | 21 Days after entry of this Scheduling Order |
| If a motion to dismiss is filed, Deadline for Plaintiff to File Opposition | 28 Days after the filing of any Motion to Dismiss |
| If a motion to dismiss is filed, Deadline for Defendants to File Reply | 14 Days after the filing of any Opposition to Motion to Dismiss |
| Start of Fact Discovery | 14 Days after Court rules on Syngenta's Motion to Dismiss, or September 13, 2019 (whichever is earlier) |
| Motions to amend | November 1, 2019 |
| Comparative fault identification | October 11, 2019 |
| Deadline for Fact Discovery | **March 27, 2020** |
| Joint Waiver of Right to Transfer to the Western District of Wisconsin as permitted by *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998) | March 20, 2020[1] |
| Experts disclosed by plaintiff | **March 27, 2020** |
| Discovery from plaintiff's experts | **May 1, 2020** |

---

[1] *See* ECF No. 45.

| | DEADLINE/SETTING |
|---|---|
| SUMMARY OF DEADLINES AND SETTINGS | |
| Experts disclosed by defendants | **May 29, 2020** |
| Discovery from defendants' experts | **July 3, 2020** |
| Pretrial conference | July 10, 2020, at 9 a.m. |
| Proposed pretrial order due | June 26, 2020 |
| *Daubert* motions | **August 7, 2020** |
| Dispositive motions | **August 14, 2020** |
| *Daubert* oppositions | **September 4, 2020** |
| Dispositive motion oppositions | **September 11, 2020** |
| *Daubert* replies | **September 25, 2020** |
| Dispositive motion replies | **October 2, 2020** |
| Trial in the District of Kansas (if *Lexecon* waiver filed) | February 16, 2021 |
| Motion to Transfer for Trial to Western District of Wisconsin (if no *Lexecon* waiver filed) | 10 days after last order disposing of *Daubert* and Dispositive Motions |

IT IS SO ORDERED.

Dated February 24, 2020, at Kansas City, Kansas.

s/ James P. O'Hara<br>
James P. O'Hara<br>
U.S. Magistrate Judge